IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JACK FREEMAN,**  **PLAINTIFF**
**ADC #140176**

**v.**  **CASE NO. 5:10CV00259 BSM/JJV**

**DAVID WHITE, Warden,**  **DEFENDANTS**
**North Central Unit, Arkansas Department**
**of Correction, et al.**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered not in good faith.

IT IS SO ORDERED this 4th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE